GIA N. MARINA, ESQ
Nevada Bar No. 15276
**CLARK HILL PLLC**
1700 S. Pavilion Center, Suite 500
Las Vegas, Nevada 89135
E-mail: gmarina@clarkhill.com
Telephone:  (702) 862-8300
Facsimile:  (702) 778-9709
*Attorney for Defendant*
*Equifax Information Services LLC*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| CHARISSMA CLIFTON,<br><br>Plaintiff,<br><br>vs.<br><br>EQUIFAX INFORMATION SERVICES LLC,<br><br>Defendant. | ) Case No.: 2:26-cv-01720-ART-DJA<br>)<br>)<br>) **MOTION FOR UNOPPOSED EXTENSION**<br>) **OF TIME FOR DEFENDANT EQUIFAX**<br>) **INFORMATION SERVICES LLC TO**<br>) **ANSWER OR OTHERWISE RESPOND**<br>) **TO PLAINTIFF'S COMPLAINT**<br>)<br>) **First Request**<br>) |

Defendant Equifax Information Services LLC ("Equifax"), hereby moves the Court for an extension of time to answer or otherwise respond to Plaintiff's Complaint and respectfully shows the Court as follows:

1.      Plaintiff's Complaint was filed on June 8, 2026.

2.      Equifax was served June 17, 2026 via process server.

3.      Equifax's responsive pleading is currently due July 8, 2026.

4.      Equifax is in the process of investigating Plaintiff's allegations and gathering the information necessary to confer with Plaintiff and prepare a meaningful response to Complaint.

5.      Equifax's in-house paralegal conferred with Plaintiff on June 26, 2026, regarding its request for extension, and Plaintiff agreed to an extension of fifteen (15) days from the current response deadline.

///

6.     This is Equifax's first request for an extension.

For the reasons above, Equifax requests that the Court issue an order extending the time within which it must answer or otherwise respond to Plaintiff's Complaint by 15 days, through and including July 23, 2026.

Respectfully submitted, this July 8, 2026.

CLARK HILL PLLC

By: /s/Gia N. Marina
Gia N. Marina, Esq.
Nevada Bar No. 15276
1700 S. Pavilion Center, Suite 500
Las Vegas, NV 89135
Tel: (702) 862-8300
Fax: (702) 778-9709
Email: gmarina@clarkhill.com
*Attorney for Defendant Equifax Information Services LLC*

IT IS SO ORDERED:

_____
UNITED STATES MAGISTRATE JUDGE

DATED:  _ 7/9/2026 _____

- 2 -

**CERTIFICATE OF SERVICE**

I hereby certify that a true and exact copy of the foregoing has been served this July 8, 2026, via CM/ECF, upon all counsel of record.  A service copy has also been sent to Pro Se Plaintiff via email at the following address:

Charissma Clifton
6882 Relic Street
Las Vegas, NV 89149
CharissmajClifton@yahoo.com

By:  /s/*Gia N. Marina*
GIA N. MARINA, ESQ.
Nevada Bar No. 15276
**CLARK HILL PLLC**
1700 S. Pavilion Center, Suite 500
Las Vegas, Nevada 89135
E-mail : gmarina@clarkhill.com
Telephone:  (702) 862-8300
Facsimile:  (702) 778-9709
*Attorney for Defendant Equifax Information Services LLC*

- 3 -